IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cr-0081 |
| | ) | Chief Judge Haynes |
| LARRY WAYNE RAYMOND | ) | |

# ORDER

The sentencing hearing is set in this action for **Monday, November 3, 2014 at 1:30 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 15th day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court