IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00081 |
| v. | ) | Judge Haynes |
| | ) | |
| LARRY WAYNE RAYMOND | ) | |

### ORDER

The sentencing hearing previously set in this action for Monday, November 3, 2014 at 1:30 p.m. is reset for **Monday, November 3, 2014 at 4:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 30 day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge